IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KURT MATT ROSBARSKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIRA, INC., AND THE SCHEPENS EYE RESEARCH INSTITUTE, INC., F/K/A EYE RESEARCH INSTITUTE OF RETINA FOUNDATION,<br><br>　　　　　Defendants. | CV 25-80-M-KLD<br><br>ORDER OF RECUSAL |

　　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

　　　DATED this 17th day of September, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　United States Magistrate Judge